```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>  Plaintiff;<br><br>  vs.<br><br>Ola L. Murchison, et al,<br><br>  Defendants. | Case No. **2:12-cv-00439-JAM-KJN**<br><br>**ORDER RE: REQUEST FOR DISMISSAL**<br><br>**Dismissal of Defendant Ola L. Murchison With Prejudice**<br><br>Case to Remain Open with Remaining Defendants |

IT IS SO ORDERED THAT Defendant, Beulah Murchison, is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1). Case is to remain open with remaining Defendants.

Date:  8/3/2012

/s/ John A. Mendez_____
U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-12-439-JAM-KJN-1

PDF created with pdfFactory trial version www.pdffactory.com