SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff;<br><br>   vs.<br><br>Ola L. Murchison, et al,<br><br>        Defendants. | Case No. **2:12-cv-00439-JAM-KJN**<br><br>**ORDER RE: REQUEST FOR DISMISSAL**<br><br>**Dismissal of Defendant Brenda Porter Without Prejudice**<br><br>Case to Remain Open with Remaining Defendants |

    IT IS SO ORDERED THAT Defendant, Brenda Porter, is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1). Case is to remain open with remaining Defendants.

Date:   8/29/2012

                    /s/ John A. Mendez_____
                    U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-12-439-JAM-KJN-1