SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff;<br><br>    vs.<br><br>Ola L. Murchison, et al,<br><br>         Defendants | Case No. **2:12-cv-00439-JAM-KJN**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL**<br><br>**Dismissal of Defendant Carrie Murchison-Denson as an Individual Without Prejudice**<br><br>Case to Remain Open with Remaining Defendants |

   IT IS SO ORDERED THAT Defendant, Carrie Murchison-Denson, is hereby dismissed in her individual capacity without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(2). This case is to remain open with remaining Defendants as well as Carrie Murchison-Denson in her capacity as Trustee of The Trust of Beulah Murchison, a revocable living trust, under the date of 3-9-94.

1  Date:   10/12/2012

                                        /s/ John A. Mendez
                                        U. S. District Court Judge

PROPOSED ORDER RE STIPULATION FOR DISMISSAL

CIV: S-12-00439-JAM-KJN- 2