SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff;<br><br>     vs.<br><br>Ola L. Murchison, et al,<br><br>          Defendants | Case No. **2:12-cv-00439-JAM-KJN**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF DEFENDANT OLA L. MURCHISON**<br><br>Case To Remain Open as to Remaining Defendants |

   IT IS SO ORDERED that Defendant, Ola L. Murchison, be and is hereby dismissed with prejudice from the above-entitled action pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A). This action is to remain open with remaining defendants.


Date:  1/16/2014

                    /s/ John A. Mendez_____
                    Judge of the United States District Court

PROPOSED ORDER RE STIPULATION FOR DISMISSAL OF DEFENDANT OLA L. MURCHISON

CIV: S-12-439-JAM-KJN- 1