Loretta H. Hellen (SBN: 083604)
Attorney at Law
3105 First Avenue
Sacramento, Ca. 95817
Tele: 916-806-3101

Attorney for Defendant
Carrie Murchison, Trustee of the
Beulah Murchison Living Trust

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | Case No. 2:12-cv-00439-JAM-KJN |
| Plaintiff, | PROPOSED ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION |
| vs. | |
| OLA L. MURCHISON, et al | |
| Defendants | CASE TO BE CLOSED |

**IT IS SO ORDERED** that Defendants Wilhelmina Helman and Carrie Murchison be and are hereby dismissed WITH prejudice in the above entitled action pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).  These Defendants shall bear their own costs and attorneys' fees in connection with this Lawsuit and the negotiation and preparation of this Agreement.  This case is to be dismissed with prejudice with respect to all defendants.

_____
PROPOSED ORDER RE: STIPULATED DISMISSAL        CIV:2-12-cv-00439-JAM-KJN

1

This case is HEREBY CLOSED.   All dates for further proceedings in this matter are vacated.

Dated: January 23, 2014         **/s/ John A. Mendez**
                                JUDGE OF THE UNITED STATES
                                DISTRICT COURT